**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GISELLE SMITH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-4928** |
| | : | |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** | | |

# ORDER

**AND NOW**, this 30th day of September 2026, upon considering Defendants' Motion to dismiss (ECF 12) the pro se Complaint (ECF 2), Plaintiff's Opposition (ECF 14), Reply (ECF 15), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT in part** Defendants' Motion (ECF 12) requiring we:

1. **Dismiss** with prejudice all claims against Malcolm Waddel and the race-based discrimination, hostile work environment, and retaliation claims against the Trustees not exhausted before the Equal Employment Opportunity Commission;

2. **Dismiss** the remaining age-based discrimination, hostile work environment, and retaliation claims without prejudice allowing Plaintiff to plead facts allowing us to plausibly infer a basis for age-based employment claims against the Trustees in an amended Complaint filed no later than **October 21, 2026** or we will close this case without prejudice; and,

3. **Amend** the caption as above to reflect the correct named employer.

**KEARNEY, J.**